# United States Bankruptcy Court for the District of New Mexico

IN RE:

<u>Tina Marie Lynn &</u>

<u>Kelly Michael Lynn</u>

Petitioners                                    Case No. _____

AND                                            Chapter 13

<u>Wells Fargo Dealer Services &</u>

<u>Secure Collateral Management</u>

Respondents

**FILED**
at 12:40 o'clock P M

JUL 1 5 2019

United States Bankruptcy Court
Albuquerque, New Mexico

## Motions to Compel Turnover

The Petitioners, <u>Tina Marie Lynn & Kelly Michael Lynn</u> Motion the Bankruptcy court to Compel Respondents, <u>Wells Fargo Dealer Services & Secure Collateral Management</u> to turnover <u>2016 Ford Taurus VIN # 1FAHP2F80GG114238</u> to the Petitioner.

The Petitioners was informed on July 12th by Well Fargo Dealer Services that Secure Collateral Management had possession of the <u>2016 Ford Taurus VIN # 1FAHP2F80GG114238.</u> Wells Fargo Dealer Services informed Petitioner that Secure Collateral Management did in fact picked up the 2016 Ford Taurus from Petitioner home at 10221 Paseo Del Norte NW Albuquerque NM, 87114 on July 12/2019.

07/15/2019
Date

*Tina Marie Lynn*

*Kelly Michael Lynn*
Joint Debtor

**GEICO** geico.com — New Hampshire Insurance Identification Card — 1-800-841-3000

GEICO ADVANTAGE INSURANCE COMPANY
One GEICO Boulevard · Fredericksburg, VA 22412-0003

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| 4365-92-65-93 | 02-28-19 | 08-28-19 |

| Year | Make | Model | Vehicle ID No. |
|---|---|---|---|
| 2016 | FORD | TAURUS | 1FAHP2F80GG114238 |

Insured:
Tina M Lynn

**GEICO** geico.com — New Hampshire Insurance Identification Card — 1-800-841-3000

GEICO ADVANTAGE INSURANCE COMPANY
One GEICO Boulevard · Fredericksburg, VA 22412-0003

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| 4365-92-65-93 | 02-28-19 | 08-28-19 |

| Year | Make | Model | Vehicle ID No. |
|---|---|---|---|
| 2016 | FORD | TAURUS | 1FAHP2F80GG114238 |

Insured:
Tina M Lynn

**Important Information**

Here are your Policy Identification Cards. Two cards have been provided for each vehicle insured. Please destroy your old cards when the new cards become effective.

Due to space limitations on the ID card, only the Named Insured and the Co-insured are listed. For a full list of drivers covered under this policy, please log onto geico.com or reference the Drivers section of your Declarations Page, which is included with your insurance packet.

Please notify us promptly of any change in your address to be sure you receive all important policy documents. Prompt notification will enable us to service you better.

Your policy is recorded under the name and policy number shown on the card.

If you would like additional ID cards, you can go online to **geico.com** or call us at **1-800-841-3000**.

TINA M LYNN
10221 PASEL DEL NORTE NW
ALBUQUERQUE NM  87114-9212

Proof of Insurance + Ownership

| VOID | VOID |
|---|---|
| VOID | VOID |